**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| KAMILAH GALBRETH, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>THE KRAFT HEINZ COMPANY,<br><br>Defendant. | Case Number: 1:23-cv-17095<br><br>Hon. Mary M. Rowland |

**JOINT NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Kamilah Galbreth ("Plaintiff") and Defendant the Kraft Heinz Company ("Defendant") (collectively "the Parties") hereby stipulate that this action shall be dismissed without prejudice. The Parties agree that Plaintiff will continue to pursue her claims in the consolidated action titled *David Hayes, et al. v. The Kraft Heinz Company et al.*, Case No. 1:23-cv-16596 (N.D. Ill.).

RESPECTFULLY SUBMITTED,

CROSNER LEGAL, P.C.

By: */s/ Michael T. Houchin*

MICHAEL T. HOUCHIN
9440 Santa Monica Blvd. Suite 301
Beverly Hills, CA 90210
Tel: (866) 276-7637
Fax: (310) 510-6429
mhouchin@crosnerlegal.com

JENNER & BLOCK LLP

/s/ *Dean N. Panos*
Dean N. Panos
353 North Clark Street
Chicago, IL 60654
Telephone: (312) 923-2765
Fax: (312) 527-0484
dpanos@jenner.com

Alexander M. Smith
515 South Flower Street, Ste. 3300
Los Angeles, CA 90071
Telephone: (213) 239-2262
Fax: (213) 239-5199
asmith@jenner.com

## CERTIFICATE OF SERVICE

I hereby certify that, on March 14, 2024, a copy of the foregoing Joint Notice of Voluntary Dismissal was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.

/s/ *Michael T. Houchin*
Attorney for Plaintiff