**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| KAMILAH GALBRETH, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>THE KRAFT HEINZ COMPANY,<br><br>Defendant. | Case Number: 1:23-cv-17095<br><br>Hon. Mary M. Rowland |

**STIPULATION OF DISMISSAL**

Plaintiff Kamilah Galbreth and Defendant The Kraft Heinz Company, by and through their undersigned counsel, hereby stipulate to the dismissal of Plaintiff's claims against Kraft Heinz in the above-captioned proceedings with prejudice as to Plaintiff's individual claims and without prejudice as to the claims of the putative class members pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

By: /s/ Michael T. Houchin
Attorney for Plaintiffs
Crosner Legal, P.C.
9440 Santa Monica Blvd. Suite 301
Beverly Hills, CA 90210
Tel: (866) 276-7637
Fax: (310) 510-6429
mhouchin@crosnerlegal.com

By: /s/ Dean N. Panos
Attorney for Defendants
Jenner & Block LLP
353 North Clark Street
Chicago, IL 60654
Telephone: (312) 923-2765
Facsimile: (312) 527-0484
dpanos@jenner.com

**CERTIFICATE OF SERVICE**

I hereby certify that, on April 4, 2025, a copy of the foregoing Stipulation of Dismissal was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.

/s/ Michael T. Houchin
Attorney for Plaintiff